UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

MAGDALENA PEREZ,

     Debtor.

Case No. 24-21078-dob
Chapter 7 Proceeding
Hon. Daniel S. Opperman

_____/

WILDFIRE CREDIT UNION,
     Plaintiff,
v.

Adv. Proc. No. 25-02007-dob

MAGDALENA PEREZ,
     Defendant.

_____/

## OPINION REGARDING MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO SEVER CLAIMS AGAINST JENNIFER STOCKMAN

On September 23, 2025, a Motion to Dismiss or, in the Alternative, to Sever Claims Against Jennifer Stockman ("Motion") was filed, requesting relief in favor of Third-Party Defendant Jennifer Stockman. The Motion was signed by David Stockman with a pro se designation. Dr. Stockman is not a licensed attorney and may not represent anyone other than himself.

Because the Motion was not signed by Jennifer Stockman or by a licensed attorney, it is improperly before the Court.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion is DENIED without prejudice.

**Signed on September 25, 2025**



/s/ Daniel S. Opperman
_____
**Daniel S. Opperman**
**United States Bankruptcy Judge**