UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

    MAGDALENA PEREZ,

        Debtor.

Case No. 24-21078-dob
Chapter 7 Proceeding
Hon. Daniel S. Opperman

_____/

WILDFIRE CREDIT UNION,
        Plaintiff,
v.

Adv. Proc. No. 25-02007-dob

MAGDALENA PEREZ,
        Defendant/Third-Party Plaintiff,

v.

DAVID STOCKMAN and JENNIFER STOCKMAN,
        Third-Party Defendants.
_____/

## ORDER APPOINTING MEDIATOR

The Court directed counsel for the parties to submit a list of individuals who could be a mediator in this matter. Counsel for the Plaintiff, Wildfire Credit Union and Defendant/Third-Party Plaintiff, Magdalena Perez, filed a pleading indicating three individuals who would be appropriate mediators. The pleading filed with the Court also indicated that the Third-Party Defendants, David Stockman and Jennifer Stockman, did not respond to requests from counsel for the other parties regarding an appropriate mediator. The Court has reviewed the pleadings in this matter and concluded that mediation should ensue. To that end, the Court selects Karen L. Rowse-Oberle as the mediator in this case.

1

NOW, THEREFORE, IT IS HEREBY ORDERED that Karen L. Rowse-Oberle is appointed as the mediator for all issues in this adversary proceeding. Mediation must be completed by April 10, 2026.

**Signed on February 25, 2026**



/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge

United States Bankruptcy Court
Eastern District of Michigan

Wildfire Credit Union,
    Plaintiff

Perez,
    Defendant

Adv. Proc. No. 25-02007-dob

# CERTIFICATE OF NOTICE

District/off: 0645-1     User: admin     Page 1 of 1
Date Rcvd: Feb 25, 2026     Form ID: pdf02     Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| md | | Karen Rowse-Oberle |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 27, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Karl Lewis Wenzloff | on behalf of Plaintiff Wildfire Credit Union kwenzloff@sbcglobal.net wenzloffbankruptcy@sbcglobal.net |
| Matthew Lee Frey | on behalf of Defendant Magdalena Perez mfrey@matthewfreylaw.com |
| Matthew Lee Frey | on behalf of 3rd Party Plaintiff Magdalena Perez mfrey@matthewfreylaw.com |

TOTAL: 3