United States Bankruptcy Court

Eastern District of Michigan – Northern Division

| | | |
|---|---|---|
| In re  MAGDALENA PEREZ,<br>Debtor | )<br>) | Case No. 24-21078-dob |
| WILDFIRE CREDIT UNION,<br>Plaintiff | ) | Adversary Proceeding: |
| v | ) | 25-02007-DOB |
| MAGDALENA PEREZ.<br>        Defendant/Third-Party Plaintiff | )<br>) | Chapter<br>7 |
| V | ) | |
| DAVID STOCKMAN AND | ) | |
| JENNIFER STOCKMAN, | ) | |
| Third-Party Defendants | ) | |
| | ) | |

_____)

| | |
|---|---|
| MATTHEW L. FREY (P68239)<br>Attorney for Debtor/Defendant<br>4901 Towne Centre Road, Suite 235<br>Saginaw, MI 48604<br>989-799-2227<br>mfrey@matthewfreylaw.com | WENZLOFF & FIREMAN, P.C.<br>Karl L. Wenzloff (P71949)<br>Attorney for Creditor/Plaintiff<br>903 N Jackson St<br>Bay City, MI 48708<br>989-893-9511<br>wenzloffbankruptcy@sbcglobal.net |

David Stockman and Jennifer Stockman
Pro Se

_____)

## Defendant/Third-Party Plaintiffs' Request for Production of Documents

  Defendant/Third-Party Plaintiff's request, pursuant to Rule 7034 of the Federal Rules of Bankruptcy Procedure, that Third-Party defendant produce a copy of each of the following documents to be sent to the office of Defendant/Third-Party Plaintiff's attorney within thirty (30) days of this request.

  "Document" means and includes any printed, typewritten or handwritten matter of whatever character including specifically, but not exclusively and without limiting the generality of the foregoing, letters, desk or other calendars, memoranda, telegrams, cables, reports, charts, business records, personal records, accountants' statements, bank statements, handwritten notes, minutes of meetings, notes of meetings or conversations, catalogs, written agreements, checks, receipts, invoices, bills, and any carbon or other copies of such materials.

1. A list of all assets exceeding ten thousand dollars ($10,000.00) in value transferred between Dr. David Stockman and yourself from the time period of January 1, 2022 until December 31, 2024, include any deeds, or other transfer request forms.
2. All employment contracts you have had with any company, business, or other entity controlled wholly or in part by Dr. David Stockman from January 1, 2022 through December 31, 2024.
3. Your 2023 and 2024 personal income tax returns.
4. All paystubs or compensation receipts and/or packages you received from any company, business, or other entity controlled wholly or in part by Dr. David Stockman from January 1, 2023 through December 31, 2024.
5. Any document pertaining to outlining your duties for any company, business, or other entity controlled wholly or in part by Dr. David Stockman from January 1, 2022 through December 31, 2024
6. Your educational and work experience from the time of 2018 to present, including any resume curriculum vitae.

                 Respectfully submitted,

                 By: <u>/s/ Matthew L. Frey</u>
                 MATTHEW L. FREY (P68239)
                 4901 Towne Centre Road, Suite 315
                 Saginaw, MI 48604
                 (989) 799-2227
                 mfrey@matthewfreylaw.com

                 Dated: March 3, 2026

United States Bankruptcy Court

Eastern District of Michigan – Northern Division

| | | |
|---|---|---|
| In re MAGDALENA PEREZ,<br>Debtor | ) ) | Case No. 24-21078-dob |
| WILDFIRE CREDIT UNION,<br>Plaintiff | ) | Adversary Proceeding: |
| v | ) | 25-02007-DOB |
| MAGDALENA PEREZ.<br>    Defendant | ) ) | Chapter<br><u>7</u> |

_____)

MATTHEW L. FREY (P68239) P.C.

Attorney for Debtor/Defendant
4901 Towne Centre Road, Suite 235
Saginaw, MI 48604
989-799-2227
mfrey@matthewfreylaw.com

David Stockman and Jennifer Stockman
Pro Se

WENZLOFF & FIREMAN,

Karl L. Wenzloff (P71949)
Attorney for Creditor/Plaintiff
903 N Jackson St
Bay City, MI 48708
989-893-9511
wenzloffbankruptcy@sbcglobal.net

_____)

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2026, a copy of Defendant/Third Party Plaintiff's Request for Production of Documents was served upon third-party defendant Jennifer Stockman by United States First-Class Mail at her address of 5775 McCarty Road, Saginaw MI 48603.

    Respectfully submitted,

  By: /s/ Matthew L. Frey

  MATTHEW L. FREY (P68239)
  4901 Towne Centre Road, Suite 235
  Saginaw, MI 48604
  (989) 799-2227
  mfrey@matthewfreylaw.com

  Dated: March 3, 2026