United States Bankruptcy Court

Eastern District of Michigan – Northern Division

| | | |
|---|---|---|
| In re  MAGDALENA PEREZ,<br>Debtor | )<br>) | Case No. 24-21078-dob |
| WILDFIRE CREDIT UNION,<br>Plaintiff | )<br>) | Adversary Proceeding: |
| v | ) | 25-02007-DOB |
| MAGDALENA PEREZ.<br>     Defendant/Third-Party Plaintiff | )<br>) | Chapter<br>7 |
| V | ) | |
| DAVID STOCKMAN AND | ) | |
| JENNIFER STOCKMAN, | ) | |
| Third-Party Defendants | ) | |
| | ) | |
| _____ | ) | |

| | |
|---|---|
| MATTHEW L. FREY (P68239)<br>Attorney for Debtor/Defendant<br>4901 Towne Centre Road, Suite 235<br>Saginaw, MI 48604<br>989-799-2227<br>mfrey@matthewfreylaw.com | WENZLOFF & FIREMAN, P.C.<br>Karl L. Wenzloff (P71949)<br>Attorney for Creditor/Plaintiff<br>903 N Jackson St<br>Bay City, MI 48708<br>989-893-9511<br>wenzloffbankruptcy@sbcglobal.net |
| David Stockman and Jennifer Stockman<br>Pro Se | |
| _____ ) | |

## Defendant/Third-Party Plaintiffs' Request for Production of Documents

Defendant/Third-Party Plaintiff's request, pursuant to Rule 7034 of the Federal Rules of Bankruptcy Procedure, that Third-Party defendant produce a copy of each of the following documents to be sent to the office of Defendant/Third-Party Plaintiff's attorney within thirty (30) days of this request.

"Document" means and includes any printed, typewritten or handwritten matter of whatever character including specifically, but not exclusively and without limiting the generality of the foregoing, letters, desk or other calendars, memoranda, telegrams, cables, reports, charts, business records, personal records, accountants' statements, bank statements, handwritten notes, minutes of meetings, notes of meetings or conversations, catalogs, written agreements, checks, receipts, invoices, bills, and any carbon or other copies of such materials.

1. All operating agreement(s), Articles of Incorporation, Bylaws, Share Certificates, Organizational minutes for Great Lakes Bay Staffing Company, I.N.C. from the time of inception until the present date.
2. All operating agreement(s), Articles of Incorporation, Bylaws, Share Certificates, Organizational minutes for any business entity that Magdalena Perez held an officer position from January 1, 2022 until December 31, 2024.
3. All documents pertaining to Magdalena Perez's compensation package for Great Lakes Bay Staffing Company, I.N.C.
4. All documents related to the closing and/or transfer of assets/accounts receivable/accounts payable of Great Lakes Bay Staffing Company, I.N.C. to any other entity from the time of inception until the present date.
5. History of Magdalena Perez's pay structure while working for Third-Party Defendant(s) from 2021 until the time of her last pay. Include all rates of pay and any bonus or other compensation received.
6. A list of all assets exceeding ten thousand dollars ($10,000.00) in value transferred between Jennifer Stockman and yourself from the time period of January 1, 2022 until December 31, 2024, include all deeds or other transfer documents.

Respectfully submitted,

By: /s/ Matthew L. Frey
MATTHEW L. FREY (P68239)
4901 Towne Centre Road, Suite 315
Saginaw, MI 48604
(989) 799-2227
mfrey@matthewfreylaw.com

Dated: March 3, 2026

United States Bankruptcy Court

Eastern District of Michigan – Northern Division

| | | |
|---|---|---|
| In re    MAGDALENA PEREZ,<br>Debtor | ) <br> ) | Case No. 24-21078-dob |
| WILDFIRE CREDIT UNION,<br>Plaintiff | ) | Adversary Proceeding: |
| v | ) | 25-02007-DOB |
| MAGDALENA PEREZ.<br>          Defendant | ) <br> ) | Chapter<br>7 |

_____)

MATTHEW L. FREY (P68239)  
Attorney for Debtor/Defendant  
4901 Towne Centre Road, Suite 235  
Saginaw, MI 48604  
989-799-2227  
mfrey@matthewfreylaw.com  

WENZLOFF & FIREMAN, P.C.  
Karl L. Wenzloff (P71949)  
Attorney for Creditor/Plaintiff  
903 N Jackson St  
Bay City, MI 48708  
989-893-9511  
wenzloffbankruptcy@sbcglobal.net  

David Stockman and Jennifer Stockman  
Pro Se  

_____)

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, a copy of Defendant/Third Party Plaintiff's Request for Production of Documents was served upon third-party defendant David Stockman by United States First-Class Mail at his address of 3871 Fortune Blvd, Saginaw MI 48603.

Respectfully submitted,

By: /s/ Matthew L. Frey

MATTHEW L. FREY (P68239)  
4901 Towne Centre Road, Suite 235  
Saginaw, MI 48604  
(989) 799-2227  
mfrey@matthewfreylaw.com  

Dated: March 3, 2026