United States Bankruptcy Court

Eastern District of Michigan – Northern Division

| | | |
|---|---|---|
| In re  MAGDALENA PEREZ,  Debtor | ) ) | Case No. 24-21078-dob |
| WILDFIRE CREDIT UNION,  Plaintiff | ) | Adversary Proceeding: |
| v | ) | 25-02007-DOB |
| MAGDALENA PEREZ.  Defendant/Third-Party Plaintiff | ) ) | Chapter  7 |
| V | ) | |
| DAVID STOCKMAN AND | ) | |
| JENNIFER STOCKMAN, | ) | |
| Third-Party Defendants | ) | |
| | ) | |

_____)

| | |
|---|---|
| MATTHEW L. FREY (P68239)  Attorney for Debtor/Defendant  4901 Towne Centre Road, Suite 235  Saginaw, MI 48604  989-799-2227  mfrey@matthewfreylaw.com | WENZLOFF & FIREMAN, P.C.  Karl L. Wenzloff (P71949)  Attorney for Creditor/Plaintiff  903 N Jackson St  Bay City, MI 48708  989-893-9511  wenzloffbankruptcy@sbcglobal.net |

David Stockman and Jennifer Stockman
Pro Se

_____)

## Defendant/Third-Party Plaintiffs' Requests for Admissions

Defendant/Third-Party Plaintiff's request, pursuant to Rule 7036 of the Federal Rules of Bankruptcy Procedure, that Third-Party defendant admit to the truth of the matter contained, sent to the office of Defendant/Third-Party Plaintiff's attorney/home or business address if *pro se* within thirty (30) days of this request.

Third-Party Defendant Dr. David Stockman is requested to admit:

1. At all relevant times, Magdalena Perez was an employee of yours either directly or indirectly through one of your companies and/or related entities.

Third-Party Defendant Dr. David Stockman is requested to admit:

2. That Magdalena Perez was never a co-CEO or other shareholder in any of your companies including Great Lakes Bay Staffing Company I.n.c.

Third-Party Defendant Dr. David Stockman is requested to admit:

3. That you were the sole CEO/shareholder of Great Lakes Bay Staffing Company I.n.c.

Third-Party Defendant Dr. David Stockman is requested to admit:

4. That in relation to Plaintiff Wildfire Credit Union, it was you who authorized/directed Magdalena Perez to make deposits for the purpose of payroll or other business expenses into the account opened there and bearing your name.

Third-Party Defendant Dr. David Stockman is requested to admit:

5. That as Magdalena Perez's employer you have a duty to indemnify her against any loss in relation to business activities she performed on your behalf while under employment with your and/or any of your controlled or related entities.

Third-Party Defendant Dr. David Stockman is requested to admit:

6. That Magdalena Perez served only in an HR/payroll administrator capacity and did not have the knowledge or accessibility to your or your entities financial records.

Third-Party Defendant Dr. David Stockman is requested to admit:

7. That Magdalena Perez had no knowledge that any check she produced to Wildfire Credit Union would not clear and had no knowledge it would "bounce" or be rejected for non-sufficient funds.

Respectfully submitted,

By: /s/ Matthew L. Frey
MATTHEW L. FREY (P68239)
4901 Towne Centre Road, Suite 315
Saginaw, MI 48604
(989) 799-2227
mfrey@matthewfreylaw.com


Dated: March 3, 2026

United States Bankruptcy Court

Eastern District of Michigan – Northern Division

| | | | |
|---|---|---|---|
| In re | MAGDALENA PEREZ,<br>Debtor | )<br>) | Case No. 24-21078-dob |
| | WILDFIRE CREDIT UNION,<br>Plaintiff | )<br>)<br>) | Adversary Proceeding: |
| | v | ) | 25-02007-DOB |
| | MAGDALENA PEREZ.<br>    Defendant | )<br>) | Chapter<br><u>7</u> |
| | _____) | | |

| | |
|---|---|
| MATTHEW L. FREY (P68239)<br>Attorney for Debtor/Defendant<br>4901 Towne Centre Road, Suite 235<br>Saginaw, MI 48604<br>989-799-2227<br>mfrey@matthewfreylaw.com | WENZLOFF & FIREMAN, P.C.<br>Karl L. Wenzloff (P71949)<br>Attorney for Creditor/Plaintiff<br>903 N Jackson St<br>Bay City, MI 48708<br>989-893-9511<br>wenzloffbankruptcy@sbcglobal.net |
| David Stockman and Jennifer Stockman<br>Pro Se | |
| _____) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2026, a copy of Defendant/Third Party Plaintiff's Request for Admissions was served upon third-party defendant David Stockman by United States First-Class Mail at his address of 3871 Fortune Blvd, Saginaw MI 48603.

    Respectfully submitted,

By: <u>/s/ Matthew L. Frey</u>

MATTHEW L. FREY (P68239)
4901 Towne Centre Road, Suite 235
Saginaw, MI 48604
(989) 799-2227
mfrey@matthewfreylaw.com

Dated: March 3, 2026