UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY


IN RE:

    MAGDALENA PEREZ,

       Debtor.

_____/

WILDFIRE CREDIT UNION,
    Plaintiff,
v.

MAGDALENA PEREZ,
    Defendant/Third-Party Plaintiff,

v.

JENNIFER STOCKMAN AND
DAVID LEWI EMMANUAL STOCKMAN,
    Third-Party Defendants.

_____/

Case No. 24-21078-dob
Chapter 7 Proceeding
Hon. Daniel S. Opperman




Adv. Proc. No. 25-02007-dob


OPINION AND ORDER REGARDING MOTION FOR LEAVE
TO FILE ELECTRONICALLY VIA ECM/CM/ECF SYSTEM

On March 12, 2026, Third-Party Defendant David Stockman filed a Motion for Leave to File Electronically Via CM/ECF System ("Motion"). In his Motion, Dr. Stockman states that he is appearing pro se and is asking for leave of this Court to be able to file pleadings electronically through the Court's CM/ECF system. Among other arguments, Dr. Stockman points out that it would be convenient for him to file electronically so that he can avoid having to travel to Bay City from Saginaw, Michigan to file papers.

Dr. Stockman's argument carries some weight in that it is more convenient and expeditious to file pleadings with this Court via electronic means, as opposed to the physical delivery of papers. That said, Dr. Stockman has, in the past, utilized the electronic filing system for pro se parties, commonly known as the PEDUP. A cursory review of the pleadings filed by Dr. Stockman,

utilizing the PEDUP system, shows that these filings are generally accepted, and all within a reasonable period of time. The reason for the relief requested by Dr. Stockman is met by the Court's PEDUP system.

Moreover, ECF Procedure 3(b) states that paper filings must be filed by pro se parties. The Court's ECF system is designed to be used by attorneys or individuals supervised by attorneys, and not pro se parties.

According, the Court denies the request by Dr. Stockman to participate in the Court's CM/ECF system because adequate remedies exist to file pleadings with this Court through the Court's PEDUP system.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion for Leave to File Electronically Via CM/ECF system is DENIED.

**Signed on March 20, 2026**



**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**