UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY


IN RE:

    MAGDALENA PEREZ,

       Debtor.

Case No. 24-21078-dob
Chapter 7 Proceeding
Hon. Daniel S. Opperman

_____/

WILDFIRE CREDIT UNION,
      Plaintiff,
v.

Adv. Proc. No. 25-02007-dob

MAGDALENA PEREZ,
      Defendant/Third-Party Plaintiff,

v.

DAVID STOCKMAN and JENNIFER STOCKMAN,
      Third-Party Defendants.

_____/


ORDER PARTIALLY GRANTING RELIEF REGARDING THIRD PARTY DEFENDANT
DAVID STOCKMAN'S MOTION FOR LEAVE AND ADDITIONAL REQUEST FOR RELIEF

On March 30, 2026, Third Party Defendant David Stockman filed a Motion with the Court

at Docket No. 121. In that Motion, Dr. Stockman alleges a newly discovered document that appears

to be signed by counsel for Wildfire Credit Union that stipulated to set aside a default in a then

pending state court action. Dr. Stockman argues this document could impact the nature of this

action. The Court notes that the document does not include the primary Defendant in this action,

nor does Dr. Stockman explain why he did not discover this document until recently. At the least,

Dr. Stockman requests that this Court extend and continue the deadline for mediation of this matter.


1

With this incomplete record, the Court cannot decide all of the issues raised by Dr. Stockman until counsel for all parties have had an opportunity to review the pleadings filed by Dr. Stockman and file a response. Accordingly, the Court concludes that the current mediation date should be adjourned and continued and that the parties afforded an opportunity to file responsive pleadings.

NOW, THEREFORE, IT IS HEREBY ORDERED that the mediation date and deadline of April 10, 2026 is extended to a date set by the Court after further hearing.

IT IS FURTHER ORDERED that all parties may file responsive pleadings by April 22, 2026.

IT IS FURTHER ORDERED that Dr. Stockman may file a reply pleading by April 29, 2026.

**Signed on March 31, 2026**



/s/ Daniel S. Opperman

**Daniel S. Opperman**
**United States Bankruptcy Judge**

2