**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
111 First Street
Bay City, MI 48708

---

In Re: (NAME OF DEBTOR(S))
Magdalena Perez

Case No.: 24–21078–dob
Chapter 7
Judge: Daniel S. Opperman.BayCity


Wildfire Credit Union
Plaintiff

Adv. Proc. No. 25–02007–dob

v.

Magdalena Perez
Defendant

---

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*127* – Corrected Third–Party Defendant Jennifer Stockman's Motion for Summary Disposition Pursuant to Federal Rule of Bankruptcy Procedure 7056 (related document(s): 124 Motion For Summary Judgment filed by 3rd Pty Defendant Jennifer Stockman, 126 Corrected Motion (related document(s): 124 Motion For Summary Judgment filed by 3rd Pty Defendant Jennifer Stockman) filed by 3rd Pty Defendant Jennifer Stockman) Filed by 3rd Pty Defendant Jennifer Stockman (cmcl)

will be held on: 5/7/26 at 02:00 PM at U.S. Bankruptcy Court Courtroom, 111 First St., Bay City, MI 48708

Dated: 4/27/26

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court

25-02007-dob    Doc 143    Filed 04/27/26    Entered 04/27/26 11:09:43    Page 1 of 1