UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

IN RE:
MAGDALENA PEREZ,

      Debtor.

Case No. 24-21078-dob
Honorable Daniel S. Opperman
Chapter 7

_____/

WILDFIRE CREDIT UNION,
      Plaintiff,

Adv. Proc. No. 25-02007-dob

vs.

MAGDALENA PEREZ,
      Defendant.

_____/

MAGDALENA PEREZ
      Third-Party Plaintiff,

v.

JENNIFER STOCKMAN, and
DAVID LEWI EMMANUEL STOCKMAN,
      Third-Party Defendants

_____/

**ORDER DENYING THIRD-PARTY DEFENDANT DAVID STOCKMAN'S CORRECTED MOTION TO STRIKE PLAINTIFF'S OBJECTION TO THIRD-PARTY DEFENDANT'S MOTION TO COMPEL DEPOSITION, FOR DISQUALIFICATION OF COUNSEL, FOR SANCTIONS, AND FOR DISMISSAL OF THE ADVERSARY PROCEEDING, AND REQUEST FOR RULING ON THE PAPERS**

This matter having come before this Court by way of motion and hearing, and the Court being advised in the premises:

IT IS HEREBY ORDERED that the Corrected Third-Party Defendant David Stockman's Motion to Strike Plaintiff's Objection to Third-Party Defendant's Motion to Compel Deposition of Plaintiff Wildfire Credit Union Pursuant to FRCP 30(b)(6), for Disqualification of Counsel Karl L. Wenzloff and the Firm of Wenzloff & Fireman, P.C., for Sanctions, and for Dismissal of the Adversary Proceeding, and Request for Ruling on the Papers is denied for the reasons placed upon the record on the hearing held on this motion on May 7, 2026.

**Signed on May 14, 2026**



/s/ **Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**