UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

IN RE:
MAGDALENA PEREZ,

  Debtor.

_____/

WILDFIRE CREDIT UNION,
  Plaintiff,

vs.

MAGDALENA PEREZ,
  Defendant.

_____/

MAGDALENA PEREZ
  Third-Party Plaintiff,

v.

JENNIFER STOCKMAN, and
DAVID LEWI EMMANUEL STOCKMAN,
  Third-Party Defendants

_____/

Case No. 24-21078-dob
Honorable Daniel S. Opperman
Chapter 7

Adv. Proc. No. 25-02007-dob

### ORDER PARTIALLY GRANTING THIRD-PARTY DEFENDANT DAVID STOCKMAN'S MOTION TO COMPEL DEPOSITION OF PLAINTIFF WILDFIRE CREDIT UNION PURSUANT TO FRCP 30(b)(6)

This matter having come before this Court by way of motion and hearing, and the Court being advised in the premises:

IT IS HEREBY ORDERED that the Third-Party Defendant's Motion to Compel Deposition of Plaintiff Wildfire Credit Union is partially granted as stated on the record. Wildfire Credit Union shall make the following four persons available for deposition: Lindsey LaPierre, Tracy Kaufman, John Harkin, and Anne Raye. No

other person from or representing the Credit Union (including Ben Denay or Karl Wenzloff) shall be compelled to be deposed under further order of the Court.

**Signed on May 21, 2026**



/s/ Daniel S. Opperman

**Daniel S. Opperman**
**United States Bankruptcy Judge**