UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

    MAGDALENA PEREZ,

        Debtor.

_____/

WILDFIRE CREDIT UNION,
        Plaintiff,
v.

MAGDALENA PEREZ,
        Defendant/Third-Party Plaintiff,

v.

DAVID STOCKMAN and JENNIFER STOCKMAN,
        Third-Party Defendants.

_____/

Case No. 24-21078-dob
Chapter 7 Proceeding
Hon. Daniel S. Opperman

Adv. Proc. No. 25-02007-dob

### ORDER DENYING THIRD-PARTY DEFENDANT DAVID STOCKMAN'S MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL KARL L. WENZLOFF AND WENZLOFF & FIREMAN, P.C.

For the reasons stated in an Opinion of even date, Third-Party Defendant David Stockman's

Motion to Disqualify Plaintiff's Counsel Karl L. Wenzloff and Wenzloff & Firemen, P.C. is

DENIED.

**Signed on May 22, 2026**



/s/ Daniel S. Opperman

**Daniel S. Opperman**
**United States Bankruptcy Judge**

1