UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

      MAGDALENA PEREZ,

         Debtor.

      Case No. 24-21078-dob
      Chapter 7 Proceeding
      Hon. Daniel S. Opperman

_____/

WILDFIRE CREDIT UNION,
      Plaintiff,

v.

      Adv. Proc. No. 25-02007-dob

MAGDALENA PEREZ,
      Defendant/Third-Party Plaintiff,

v.

DAVID STOCKMAN and JENNIFER STOCKMAN,
      Third-Party Defendants.

_____/

## ORDER DENYING THIRD-PARTY DEFENDANT DAVID STOCKMAN'S MOTION FOR LEAVE TO AMEND ANSWER AND TO FILE EXPANDED COUNTERCLAIMS, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS

For the reasons stated in the Opinion of even date, Third-Party Defendant David Stockman's Motion for Leave to Amend Answer and to File Expanded Counterclaims, Cross-Claims, and Third-Party Claims is DENIED

**Signed on May 22, 2026**



**/s/ Daniel S. Opperman**
**Daniel S. Opperman**
**United States Bankruptcy Judge**