**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
111 First Street
Bay City, MI 48708

| | |
|---|---|
| In Re: (NAME OF DEBTOR(S))<br>Magdalena Perez | Case No.: 24−21078−dob<br>Chapter 7<br>Judge: Daniel S. Opperman.BayCity |
| Wildfire Credit Union<br>Plaintiff | Adv. Proc. No. 25−02007−dob |
| v. | |
| Magdalena Perez<br>Defendant | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*173* – Third Party Defendant David Stockman's Motion to Compel Further Responses to First Set of Requests for Admission, to Deem Certain Requests Admitted, and for Sanctions Pursuant to Fed.R.Civ.P.36 and 37 and for Ruling on the Papers Filed by 3rd Pty Defendant David Lewi Emmanuel Stockman (cmcl)

will be held on: 6/30/26 at 02:00 PM at U.S. Bankruptcy Court Courtroom, 111 First St., Bay City, MI 48708

Dated: 6/10/26

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court