UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY


IN RE:

    MAGDALENA PEREZ,

        Debtor.

        Case No. 24-21078-dob
        Chapter 7 Proceeding
        Hon. Daniel S. Opperman

_____/

WILDFIRE CREDIT UNION,
        Plaintiff,
v.
        Adv. Proc. No. 25-02007-dob

MAGDALENA PEREZ,
        Defendant/Third-Party Plaintiff,

v.

DAVID STOCKMAN and JENNIFER STOCKMAN,
        Third-Party Defendants.
_____/

ORDER SETTING DEADLINE FOR MEDIATION AND
SUSPENDING DEADLINES TO RESPOND TO MOTIONS

The Court held a status conference regarding this matter on July 23, 2026. At this status conference, the Court heard statements and arguments of counsel and parties and concluded that the issues between the Plaintiff, Wildfire Credit Union, and the Defendant, Magdalena Perez, should continue and that the parties should mediate those issues prior to the September 3, 2026 Final Pretrial Conference. The Court also heard statements of counsel and concluded that the Plaintiff, Wildfire Credit Union, need not immediately respond to certain discovery requests

1

propounded by Third-Party Plaintiff, Dr. David Stockman, including the most recent Motion to Compel, filed by Dr. Stockman on July 23, 2026, found at Docket No. 208.

NOW, THEREFORE, IT IS HEREBY ORDERED that mediation of the issues between Wildfire Credit Union and Magdalena Perez must be completed by August 28, 2026.

IT IS FURTHER ORDERED that Wildfire Credit Union need not respond to outstanding discovery requests of Dr. David Stockman until further order of this Court.

**Signed on July 27, 2026**



/s/ **Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**