UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION (BAY CITY)

| | |
|---|---|
| In re: | Chapter 7 |
| MAGDALENA PEREZ, | Case No. 24-21078-dob |
| Debtor. | Hon. Daniel S. Opperman |

_________________________________/

WILD FIRE CREDIT UNION, — Adversary Proceeding No. 25-02007-dob

Plaintiff,

v.

MAGDALENA PEREZ,

Defendant/Third-Party Plaintiff',

v.

DAVID STOCKMAN and JENNIFER STOCKMAN,

Third-Party Defendants.

_________________________________/

## MEDIATOR'S CERTIFICATION PURSUANT TO L.B.R. 7016-2(a)(7) (E.D.M.)

The mediator hereby certifies that mediation:

[x] was conducted between Plaintiff, WILD FIRE CREDIT UNION and Defendant, MAGDALENA PEREZ, only in compliance with L.B.R. 7016-2

[ ] was not conducted in compliance with L.B.R. 7016-2 because

[ ] the parties settled prior to the mediation; or

[ ] for the following reason: _______________________________.

As a result of the mediation, the parties:

[x] achieved a settlement between Plaintiff, WILD FIRE CREDIT UNION and Defendant, MAGDALENA PEREZ, only,

[ ] and signed a written settlement memorandum.

[x] and did not sign a written settlement memorandum.

[ ] did not achieve a settlement.

Dated: August 18, 2026 By: ______________________

KAREN L. ROWSE-OBERLE (P41893)
24525 Harper Avenue
St. Clair Shores, MI 48080
(586) 777-0770
krowse-oberle@brolawpllc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION (BAY CITY)

| | |
|---|---|
| In re: | Chapter 7 |
| MAGDALENA PEREZ, | Case No. 24-21078-dob |
| Debtor. | Hon. Daniel S. Opperman |

_________________________________/

WILD FIRE CREDIT UNION, Adversary Proceeding No. 25-02007-dob

Plaintiff,

v.

MAGDALENA PEREZ,

Defendant/Third-Party Plaintiff',

v.

DAVID STOCKMAN and JENNIFER STOCKMAN,

Third-Party Defendants.

_________________________________/

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026, I electronically filed the Mediator's Certification Pursuant to L.B.R. 7016-2(a)(7) (E.D.M.) ("Mediator's Certification") using the ECF system which will send notification of such filing to the ECF participants on record in this case.

I also certify that I served on August 18, 2026, by U.S. Postal Service, First-Class Mail, the above-described Mediator's Certification upon the following:

- Karl Lewis Wenzloff, 903 N. Jackson, Bay City, MI 48708
- Matthew Lee Frey, 4901 Towne Centre Road, Suite 235, Saginaw, MI 48604

Dated: August 18, 2026

BUTLER ROWSE-OBERLE PLLC
By: /s/ Ava Lau
Ava Lau, Paralegal
24525 Harper Avenue, St. Clair Shores, MI 48080
(586) 777-0770 ava@brolawpllc.com