UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

MAGDALENA PEREZ,

Debtor.

Case No. 24-21078-dob
Chapter 7 Proceeding
Hon. Daniel S. Opperman

_______________________________________/

WILDFIRE CREDIT UNION,
Plaintiff,
v.

Adv. Proc. No. 25-02007-dob

MAGDALENA PEREZ,
Defendant/Third-Party Plaintiff,

v.

DAVID STOCKMAN and JENNIFER STOCKMAN,
Third-Party Defendants.
_________________________________________/

ORDER SETTING SHOW CAUSE HEARING AND STATUS CONFERENCE

Initially, this adversary proceeding was filed by Wildfire Credit Union against Magdalena Perez, seeking determination that the debt owed by Ms. Perez to Wildfire Credit Union was excepted from discharge. In turn, Ms. Perez added a third-party claim against David Lewi-Emmanuel Stockman and Jennifer Stockman. Subsequently, Dr. Stockman filed a Chapter 11 petition and his case was converted to Chapter 7. Ms. Stockman has not yet filed any petition seeking relief with this Court.

On August 28, 2026, Wildfire Credit Union and Magdalena Perez filed a stipulation for the entry of consent judgment of non-dischargeability that resulted from a successful mediation

between these two parties. The consent judgment, which the Court signed on August 31, 2026, recites that the August 31, 2026 consent judgment does not resolve any claims brought by Ms. Perez against Dr. Stockman, and that this adversary proceeding should not be closed.

As the proceedings currently stand, any claims held by Ms. Perez could be initiated by the filing of a proof of claim in Dr. Stockman's Chapter 7 proceeding or the filing of a complaint by Ms. Perez against Dr. Stockman under various provisions of the Bankruptcy Code. Moreover, it is not clear whether Ms. Perez wishes to continue any action against Ms. Stockman at this time. The Court therefore concludes that a status conference regarding this adversary proceeding should be set and that Ms. Perez should show cause why this adversary proceeding should not be dismissed without prejudice and with reservation rights by Ms. Perez as to any claims she may have against Dr. Stockman or Ms. Stockman.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Court will conduct a status conference regarding this matter on ***Tuesday, September 29, 2026 at 1:30 p.m. and the parties should call (202) 503-1666 and use ID 411168839#*** and that Defendant/Third-Party Plaintiff Magdalena Perez show cause why this adversary proceeding should not be dismissed without prejudice, but with the reservation of her rights against Dr. Stockman and Ms. Stockman.

**Signed on September 1, 2026**

**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**